**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**KERRI L. REIGEL,**

      Plaintiff,

    **-vs-**                               **Case No. 13-C-925**

**RUNZHEIMER INTERNATIONAL**

      Defendant.

---

## DECISION AND ORDER

---

On August 1, 2013, Plaintiff Kerri L. Reigel ("Reigel") filed a Complaint alleging discrimination and retaliation in violation of the Family and Medical Leave Act of 1993, as amended ("FMLA"), 29 U.S.C. § 2601, *et seq.* (ECF No. 1.) Defendant Runzheimer International, Inc. ("RI") appeared and filed an answer. (ECF Nos. 4-5.)

On December 19, 2013, Reigel filed a motion for leave to file an amended Complaint pursuant to Federal Rule of Civil Procedure 15(a). (ECF No. 10.) Reigel states that she wants to amend her Complaint to add disability discrimination and retaliation claims. Although she needed to commence her action earlier to preserve her FMLA claims, it was not until November 25, 2013, that she received her Right to Sue Notice from the Equal Employment Opportunity Commission ("EEOC") with respect to her disability discrimination and retaliation claims.

By letter dated January 6, 2014, RI states that, because it does not have sufficient knowledge of the facts underlying the motion, it takes no position on the motion. (ECF No. 11.)

Reigel has not attached the proposed amended Complaint to her motion, as required by Civil Local Rule 15(b) (E.D. Wis.). Nor has she complied with Civil L.R. 7(a) which requires that a movant file a supporting memorandum and, when necessary, various other papers, or a certificate that no such papers will be filed. The implicit bias is toward filing a memorandum, and any other necessary papers. These requirements are designed to inform the opposing parties so they may file meaningful responses to motions, as well as providing the Court with the movant's position and full knowledge of proposed amendments so that it may issue a well-informed decision. For the foregoing reasons, Reigel's motion to amend is denied without prejudice.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

Reigel's motion to amend her Complaint (ECF No. 10) is **DENIED.**

Dated at Milwaukee, Wisconsin, this 8th day of January, 2014.

**BY THE COURT:**

**HON. RUDOLPH T. RANDA**
**U.S. District Judge**